**STATE of Missouri, Respondent,**

v.

**Harry E. SMITH, Appellant.**

**No. WD 37100.**

Missouri Court of Appeals,
Western District.

Aug. 12, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 25, 1986.

Application to Transfer Denied
Nov. 18, 1986.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J. Presiding, and NUGENT and GAITAN, JJ.

---

## ORDER

PER CURIAM.

Appeal from court trial of two counts of forcible sodomy pursuant to § 566.060, RSMo. 1978 one count assault in the second degree, § 565.060, RSMo. 1978, and one count of felonious restraint, § 565.120, RSMo. 1978.

Judgment affirmed.  Rule 30.25(b).